IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| THADDEUS MATTHEWS<br>d/b/a EXPRESS YOURSELF,<br><br>    Plaintiff/Counter-Defendant,<br><br>v.<br><br>WMQM, INC.,<br>d/b/a AM 1600,<br><br>    Defendant/Counter-Plaintiff. | No. 04-2947 B/P |

### [~~PROPOSED~~] ENTRY OF DEFAULT

Pursuant to the request to enter default and affidavit filed, default is hereby entered on this _____ day of _____, 2005 against Plaintiff/Counter-Defendant Thaddeus Matthews d/b/a/ Express Yourself for failure to plead or otherwise defend the counterclaim brought by Defendant/Counter-Plaintiff WMQM, Inc. d/b/a AM 1600.

_____
Clerk
United States District Court for the
Western District of Tennessee



# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 13 in case 2:04-CV-02947 was distributed by fax, mail, or direct printing on May 9, 2005 to the parties listed.

---

Javier M. Bailey
WALTER BAILEY & ASSOCIATES
100 North Main St.
Ste. 3002
Memphis, TN 38103

Jef Feibelman
BURCH PORTER & JOHNSON
130 N. Court Avenue
Memphis, TN 38103

Kenny W. Armstrong
CHANCERY COURT, 30TH JUDICIAL DISTRICT
140 Adams Ave.
Rm. 308
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT