# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF TENNESSEE
### WESTERN DIVISION

| | | |
|---|---|---|
| THADDEUS MATTHEWS dba EXPRESS YOURSELF | ) ) ) | |
| Plaintiff, | ) ) | Case No. 2:04CV2947 |
| v. | ) ) ) | |
| WMQM, INC. dba AM 1600 | ) ) ) | |
| Defendants. | ) | |

## AMENDED ENTRY OF DEFAULT

Pursant to the request to enter default and affidavit filed, default is hereby entered on this 9 day of May, 2005 against Plantiff/Counter-Defendant Thaddeus Matthews dba Express Yourself for failure to plead or otherwise defend the counterclaim brought by Defendant/Counter-Plantiff WMQM, Inc. dba AM 1600.

ROBERT R. DI TROLIO
Clerk of Court

By:_____
Deputy Clerk

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 14 in case 2:04-CV-02947 was distributed by fax, mail, or direct printing on May 17, 2005 to the parties listed.

---

Kenny W. Armstrong
CHANCERY COURT, 30TH JUDICIAL DISTRICT
140 Adams Ave.
Rm. 308
Memphis, TN 38103

Javier M. Bailey
WALTER BAILEY & ASSOCIATES
100 North Main St.
Ste. 3002
Memphis, TN 38103

Jef Feibelman
BURCH PORTER & JOHNSON
130 N. Court Avenue
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT