IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ____ D.C.

05 JUN 13 PM 3: 34

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

THADDEUS MATTHEWS
d/b/a EXPRESS YOURSELF,

    Plaintiff,

v.    No. 04-2947

WMQM, INC.,
d/b/a AM 1600,

    Defendant.

---

ORDER TO SHOW CAUSE WHY DEFENDANT'S MOTION FOR
JUDGMENT ON THE PLEADINGS OR, IN THE ALTERNATIVE,
FOR SUMMARY JUDGMENT SHOULD NOT BE GRANTED

---

Before the Court is the Defendant's May 4, 2005 motion for judgment on the pleadings or, in the alternative, for summary judgment against the Plaintiff. According to the Court's docket, no response has been filed on behalf of the Plaintiff, even though the deadline for such a response has expired.[1] Accordingly, the Plaintiff is hereby directed, within eleven (11) days of the entry hereof, to show cause why the motion referenced herein should not be granted. Failure of the Plaintiff to comply in a timely manner with this order may result in dismissal with prejudice of the Plaintiff's claims.

IT IS SO ORDERED this 13th day of June, 2005.

J. DANIEL BREEN
UNITED STATES DISTRICT JUDGE

---

[1] Under the Local Rules of this district, responses to motions to dismiss or for summary judgment "must be filed within thirty days of service of the motion." LR7.2, Local Rules of the U.S. Dist. Ct. for the W. Dist. of Tenn.

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 15 in case 2:04-CV-02947 was distributed by fax, mail, or direct printing on June 14, 2005 to the parties listed.

---

Kenny W. Armstrong
CHANCERY COURT, 30TH JUDICIAL DISTRICT
140 Adams Ave.
Rm. 308
Memphis, TN 38103

Jef Feibelman
BURCH PORTER & JOHNSON
130 N. Court Avenue
Memphis, TN 38103

Javier M. Bailey
WALTER BAILEY & ASSOCIATES
100 North Main St.
Ste. 3002
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT