IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| **THADDEUS MATTHEWS** <br> d/b/a EXPRESS YOURSELF, <br><br> Plaintiff/Counter-Defendant, <br><br> v. <br><br> WMQM, INC., <br> d/b/a AM 1600, <br><br> Defendant/Counter-Plaintiff. | No. 04-2947 B/P |

## [~~PROPOSED~~] ENTRY OF DEFAULT JUDGMENT

Default was entered by the Clerk of Court against Plaintiff/Counter-Defendant Thaddeus Matthews d/b/a Express Yourself ("Matthews") and in favor of Defendant/Counter-Plaintiff WMQM, Inc. d/b/a AM 1600 ("WMQM") on WMQM's counterclaim on May 17, 2005. Matthews has continued to fail to respond to the counterclaim. WMQM has requested entry of judgment by default and has previously pled that the amount owed is $5,050.00. It appears from the record that this defendant is not an infant or incompetent person. Therefore, pursuant to Fed. R. Civ. P. 55(b)(2), judgment is entered against Matthews in favor of WMQM in the amount of $5,050.00.

The Honorable J. Daniel Breen
U.S. District Court for the Western District of Tennessee

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 11-2-05



## CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing document has been served via U.S. Mail, postage pre-paid, on Javier Bailey, Esq., The Walter Bailey Firm, LLP, 100 North Main, Suite 3002, Memphis, TN, 38103, on this 28th day of October, 2005.

_____
Jef Feibelman

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 18 in case 2:04-CV-02947 was distributed by fax, mail, or direct printing on November 2, 2005 to the parties listed.

---

Javier M. Bailey
WALTER BAILEY & ASSOCIATES
100 North Main St.
Ste. 3002
Memphis, TN 38103

Kenny W. Armstrong
CHANCERY COURT, 30TH JUDICIAL DISTRICT
140 Adams Ave.
Rm. 308
Memphis, TN 38103

Jef Feibelman
BURCH PORTER & JOHNSON
130 N. Court Avenue
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT