UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ____ D.C.
05 NOV -8 AM 8:25
THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

**THADDUES MATTHEWS**
d/b/a EXPRESS YOURSELF,

    Plaintiff/Counter-Defendant,

v.

**WMQM, INC.,**
d/b/a AM 1600,

    Defendant/ Counter-Plaintiff.

**JUDGMENT IN A CIVIL CASE**

CASE NO: 2:04cv2947-B

**DECISION BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** that in accordance with the Entry Of Default Judgment entered on November 2, 2005, this cause is hereby dismissed and judgment is entered in favor of the Defendant/Counter-Plaintiff, WMQM, Inc., and against the Plaintiff/Counter-Defendant, Thaddeus Matthews.

APPROVED:

_____
**J. DANIEL BREEN**
**UNITED STATES DISTRICT COURT**

11/8/05
Date

**THOMAS M. GOULD**

_____
Clerk of Court

_____
(By) Deputy Clerk

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 11-8-05

(19)

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 19 in case 2:04-CV-02947 was distributed by fax, mail, or direct printing on November 8, 2005 to the parties listed.

---

Javier M. Bailey
WALTER BAILEY & ASSOCIATES
100 North Main St.
Ste. 3002
Memphis, TN 38103

Kenny W. Armstrong
CHANCERY COURT, 30TH JUDICIAL DISTRICT
140 Adams Ave.
Rm. 308
Memphis, TN 38103

Jef Feibelman
BURCH PORTER & JOHNSON
130 N. Court Avenue
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT